IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonidas P. Spallas,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Ocwen Loan Servicing, LLC, et al.,<br><br>　　　　　　Defendants. | No.  CV-15-00113-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant Ocwen Loan Servicing, LLC's Motion to Strike (Doc. 25), in which it requests that Plaintiff's Amended Complaint (Doc. 23) be stricken. The motion will be granted. As argued in Defendant's motion, Plaintiff may have timely filed his amended complaint, but that filing did not comply with Rule 15(a)(2) of the Federal Rules of Civil Procedure. Plaintiff was not permitted to file an amended complaint unless he had Defendant's consent or the Court's permission to do so. Plaintiff had neither. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Strike (Doc. 25) is **granted.**

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint (Doc. 23) is **stricken**.

Dated this 22nd day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge